473 A.2d 703

U.S. Fire Ins. Co., Appellant, v. Motorists Ins.
Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted January 19, 1984. Barbara L. Hollenbach, for appellant; William Paul Bried, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.

ROWLEY, J., filed a memorandum dissenting statement.